UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

                 Plaintiff,

    v.

SANDRA ALDRIDGE, et al.,

                 Defendants.

No. 3:19-CV-05600-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 8], Plaintiff Smith's Objections [Dkt. # 9], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Smith's Application to Proceed *in forma pauperis* [Dkt. # 5] is **DENIED**.

(3)     Smith is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in dismissal of this case without prejudice.

(4)     As Smith has incurred three strikes under 28 U.S.C. § 1915(g), the Court finds Smith may not proceed on appeal with *in forma pauperis* status.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

The Clerk shall send copies of this Order to Smith's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 4th day of September, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge