UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

    Plaintiff,

v.

SANDRA ALDRIDGE, et al.,

    Defendants.

CASE NO. 3:19-CV-5600-RBL-DWC

ORDER OF RECUSAL

Upon review of the record in *Smith v. Haynes*, 3:19-CV-5394-RBL-DWC, the undersigned has determined he must recuse himself from this case. Under the Guide to Judiciary Policy, a "judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which: . . . a lawyer with whom the judge previously practiced law served during such association as a lawyer concerning the matter[.]" Guide to Judiciary Policy, Vol. 2A, Ch. 2., Canon 3, C(1)(b).

The undersigned's former law partner, Charles A. Isley, represented Sheryl Suzanne Cresap-Williams, the victim in Plaintiff's underlying criminal case, in a wholly unrelated matter when the undersigned was a partner at the law firm. *See* Case No. 3:19-CV-5394-RBL-DWC at

1  Dkt. 16-2, pp. 446-48. While the undersigned did not represent Ms. Cresap-Williams and the

2  matter is unrelated to the issues raised in this case, the undersigned has determined

3  disqualification from this proceeding is appropriate.

4        Therefore, the Clerk of Court is directed to refer this case to another United States

5  Magistrate Judge. The Court notes this case remains assigned to Presiding District Judge Ronald

6  B. Leighton.

7        Dated this 4th day of May, 2020.

                                                                                David W. Christel
                                                                                United States Magistrate Judge