HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

        Plaintiff,

  v.

SANDRA ALDRIDGE, et al.,

        Defendants.

CASE NO. C19-5600RBL-JRC

ORDER

    THIS MATTER is before the Court on magistrate Judge Creatura's Report and Recommendation [Dkt. # 79], recommending that the Court GRANT a subset of the defendants' Motion for Summary Judgment [Dkt. # 43].

    (1) The Report and Recommendation is ADOPTED.

    (2) Defendant Weisser's, Andrew's, Harris's, and Johnston's Motion for Summary Judgment [Dkt. 43] is GRANTED. All of Plaintiff Smith's federal law-based claims against these defendants are DISMISSED with prejudice. All state law claims against these defendants are DISMISSED without prejudice, and these four defendants are TERMINATED from this action.

    (3) The Clerk shall send copies of this Order to Defendants' counsel, to Plaintiff Smith, and to Judge Creatura.

1           (4) This matter is RE-REFERRED to Magistrate Judge Creatura for resolution of all pending
2    motions.
3           IT IS SO ORDERED.
4           Dated this 23rd day of July, 2020.

                                                    Ronald B. Leighton
                                                    United States District Judge

ORDER - 2