|   |   |
|---|---|
| JOHN GARRETT SMITH,<br><br>                Plaintiff,<br>    v.<br><br>SANDRA ALDRIDGE et al.,<br><br>                Defendants. | CASE NO. 3:19-cv-05600-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura (Dkt. 105) recommending summary judgment of dismissal in favor of Defendant Daniel Lloyd. The Court has considered the Report and Recommendation, Plaintiff's Objections to Report and Recommendation (Dkt. 107), Defendant's Response to Plaintiff's Objections (Dkt. 108), Defendant Lloyd's underlying Motion for Summary Judgment (Dkt. 87), and Plaintiff's Response (Dkt. 96).

Plaintiff, John Garrett Smith, neither raises substantive objections to the Report and Recommendation, nor does he address Defendant Lloyd's immunity. He instead repeats

- 1

conclusory allegations against the Defendant and claims dismissal is "a mockery to the US judicial process" and makes other critical statements.  Dkt. 107.  The Report and Recommendation (Dkt. 105) should be adopted and the claims against Defendant Daniel Lloyd should be dismissed with prejudice.

**IT IS SO ORDERED**:

- The Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura (Dkt. 105) **IS ADOPTED**;
- All claims against Defendant Daniel Lloyd are **DISMISSED WITH PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of October, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

- 2